IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUAN MANJARREZ-SANCHEZ,<br><br>　　　　　　Defendant. | 8:15CR134<br><br>ORDER |

This matter is before the court on defendant's application to proceed in District Court without prepaying fees or costs, Filing No. 122. The defendant filed a notice of appeal on March 18, 2016, Filing No. 113, and was granted permission to proceed on appeal in forma pauperis on March 18, 2016, Filing No. 115, Order. The Clerk's Office transmitted the notice of appeal to the 8th Circuit Court of Appeals, Filing No. 116, Notification of Appeal. Therefore the defendant's application is denied as moot.

IT IS ORDERED THAT:

1. The defendant's application to proceed in District Court without prepaying fees or costs, Filing No. 122, is denied as moot.

2. The Clerk's Office shall mail a copy of filing nos. 115 and 116 along with a copy of this order to the defendant at his last known address as listed on the notice of appeal.

Dated this 25th day of March, 2016

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge